# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03432-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DELIA MONSIVAIS,

 Plaintiff,

v.

DISH NETWORK,

 Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

 Plaintiff, Delia Monsivais, currently resides in Westminister, Colorado.  Ms. Monsivais has submitted a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).

 As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Ms. Monsivais will be directed to cure the following if she wishes to pursue her claims.  Any papers that Ms. Monsivais files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:

(1) ___ is not submitted
(2) ___ is not on proper form (must use the Court's current form)
(3) ___ is missing original signature
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other: The application is incomplete.  Plaintiff must answer all questions in

     <u>all sections, including questions 4-8.</u>
.
**Complaint or Petition**:

(9)   __    is not submitted
(10) __    is not on proper form (must use the Court's current form)
(11) __    is missing an original signature
(12) X    is incomplete (<u>Plaintiff must complete all sections, including Jurisdiction, Claim(s) for Relief and Supporting Allegations, and Request for Relief</u>).
(13) __    uses et al. instead of listing all parties in caption
(14) __    names in caption do not match names in text
(15) X    addresses must be provided for all defendants in "Section A. Parties" of complaint, petition or habeas application
(16) __    other: _____

  Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

  FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing an application to proceed in district court without prepaying fees or costs and a civil complaint, along with the applicable instructions, at www.cod.uscourts.gov. To cure any deficiencies, Plaintiff must use Court-approved forms. It is

  FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

  DATED December 22, 2014, at Denver, Colorado.

          BY THE COURT:

          s/Gordon P. Gallagher
          United States Magistrate Judge